**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**

**IN RE:**

**TAMARA VINCENT**   **CASE NO. 11-40701**
     Debtor

---

**WITHDRAWAL OF NOTICE OF UNCLAIMED DIVIDEND - RULE 3011**

---

Comes now the Trustee and withdraws his Notice of Unclaimed Dividend of Cintas Corporation in the amount of $1,033.87. In support of his Motion, the Trustee would show the Court that Check No. 1019 made payable to Cintas Corporation in the amount of $1,033.87 cleared the bank today.

Respectfully submitted this the 4th day of November, 2015.

/s/   Russ Wilkey, Trustee
Russ Wilkey, Trustee
111 West Second Street
Owensboro, KY 42303
(270) 685-6000

S:\BANKRUPTCY TEE\asset cases\VINCENT, TAMARA 11-40701\2015-11-04 Withdrawal of notice of unclaimed dividend.wpd